Opinion filed February 23, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed February 23, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00399-CV

                                                     _________

 

                                  MICHAEL LEE MOORE, Appellant

 

                                                             V.

 

                                    LISA
DIANE HOLMES, Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
County, Texas

 

                                                Trial Court Cause No. C-119,780

 



 

                                              M
E M O R A N D UM  O P I N I O N 

Michael Lee Moore has filed in this court a motion
to dismiss his appeal.  In his motion,
Moore states that he no longer wishes to prosecute this appeal.  The motion is granted.

The appeal is dismissed.

 

PER CURIAM

 

February 23, 2006

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.